[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-10157

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RONALD GEDDIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cr-00056-MSS-AEP-1

_____

2                    Opinion of the Court                    24-10157

Before JORDAN, JILL PRYOR, and NEWSOM, CIRCUIT JUDGES.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Ronald Geddis appeals from a magistrate judge's January 5, 2024, order allowing Geddis to retrieve non-contraband materials from his phone and a magistrate judge's January 5, 2024, paperless order denying his motion to strike a government filing. The orders, however, are not final or appealable to this Court, as an appeal from a magistrate judge order must be taken to the district court. *See United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009). Even if the district judge ultimately affirms the orders, the subsequent affirmances would not cure Geddis's premature notice of appeal. *See Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.